Anna Kirkegaard and Others, Heirs at Law and Next of Kin of Georg Kirkegaard, Deceased, Appellants, v. Forman Realty Company, etc., and Others, Respondents.— Judgment modified so as to provide for payment to

appellants of the actual moneys paid by Georg Kirkegaard, deceased, such repayment to be without interest. As so modified, the judgment is affirmed, without costs. A finding in accordance with this decision will be made. Rich, Kapper, Seeger and Carswell, JJ., concur; Lazansky, P. J., dissents and votes to affirm, being of opinion that the finding of the trial court that Georg Kirkegaard had abandoned the contract was completely warranted by the proof.